(89 South. 89)

## Ex parte JOHN F. BYERS MACH. CO.
### (6 Div. 451.)

(Supreme Court of Alabama. May 12, 1921.)

Certiorari to Court of Appeals.

The John F. Byers Machine Company petitions for certiorari to review and revise the judgment of the Court of Appeals. 89 South. 88. Denied.

London, Yancey & Brower, of Birmingham, for appellant.
C. C. Nesmith, of Birmingham, for appellee.

GARDNER, J. Petition of John F. Byers Machine Company for certiorari to the Court of Appeals to review and revise the judgment of said court, rendered in the case of Ex parte John F. Byers Machine Company, 89 South. 88. Writ denied.